IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHIRLEY RAIGNS | * |
| | * |
| v. | *    Civil No. JFM-09-1990 |
| | * |
| STATE OF MARYLAND | * |
| DEPARTMENT OF HEALTH AND | * |
| MENTAL HYGIENE | * |
| | ***** |

MEMORANDUM

Plaintiff has instituted this pro se action for employment discrimination against the State of Maryland Department of Health and Mental Hygiene. Defendant has filed a motion to dismiss to which plaintiff has responded. The motion will be granted.

Plaintiff complains that she was discriminated against because of her gender when a male co-employee was promoted to a position to which she aspired during the period between 1993 and 1996. Obviously, these events occurred long before the 300 day period allowed by Title VII for filing a charge of discrimination. *See* 42 U.S.C. §2000e-5(e)(1); *Venkatraman v. REI Systems, Inc.*, 417 F.3d 418, 420 (4th Cir. 2005). Plaintiff's only excuse for not filing the charged discrimination with the EEOC until October 2007 was that she allegedly did not learn until September 2007, that the male employee who had been promoted was not required to have the same qualifications for promotion that she was required to have. Plaintiff has cited no authority to support the proposition that her alleged recently acquired knowledge, as opposed to the occurrence of the promotion events, triggered the running of the 300 day filing period.

A separate order granting defendant's motion to dismiss is being entered herewith.

1

DATE:  10/22/2009              /s/_____
                               J. Frederick Motz
                               United States District Judge

DATE:  10/22/2009              /s/_____
                               J. Frederick Motz
                               United States District Judge